UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:15CR47 |
| | ) | |
| v. | ) | **NOTICE OF ATTORNEY APPEARANCE** |
| | ) | |
| DAVID HOWELL PETRAEUS | ) | |
| | ) | |

**NOW COMES** the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the appearance of the undersigned Department of Justice Trial Attorney for the government in the above-referenced action.

**RESPECTFULLY SUBMITTED**, this the 3rd day of March**,** 2015.

    ANNE M. TOMPKINS
    United States Attorney

    /s/ James P. Melendres
    California Bar Number: 262630
    Trial Attorney
    National Security Division
    600 E Street NW, 10th Floor
    Washington, DC 20005
    Telephone: (202) 532-4849
    Fax: (202) 233-2147
    E-mail: james.p.melendres@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of March, 2015, the foregoing Notice of Attorney Appearance was duly served upon counsel for the party by electronic notification from the Court to:

David E. Kendall, Esq. at: dkendall@wc.com

Simon A. Latcovich, Esq. at: slatcovich@wc.com

                                        /s/ James P. Melendres
                                        Trial Attorney