**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:15-CR-047-RJC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **DAVID HOWELL PETRAEUS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by Jacob H. Sussman, concerning David E. Kendall, on March 3, 2015.  Mr. David E. Kendall seeks to appear as counsel *pro hac vice* for Defendant David H. Petraeus.   Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED.**  Mr. David E. Kendall is hereby admitted *pro hac vice* to represent Defendant David H. Petraeus.

**SO ORDERED**.

Signed: March 3, 2015

David C. Keesler
United States Magistrate Judge