IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CR-047-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| DAVID HOWELL PETRAEUS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by Jacob H. Sussman, concerning David E. Kendall, on March 3, 2015. Mr. David E. Kendall seeks to appear as counsel *pro hac vice* for Defendant David H. Petraeus. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED.** Mr. David E. Kendall is hereby admitted *pro hac vice* to represent Defendant David H. Petraeus.

**SO ORDERED**.

Signed: March 3, 2015

David C. Keesler
United States Magistrate Judge