IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CR-047-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DAVID HOWELL PETRAEUS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) filed by Jonathan E. Buchan, Jr., concerning KatieLynn Boyd Townsend on April 27, 2015. Ms. KatieLynn Boyd Townsend seeks to appear as counsel *pro hac vice* for the proposed Intervenors. See Attachment A. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) is **GRANTED.** Ms. KatieLynn Boyd Townsend is hereby admitted *pro hac vice* to represent the proposed Intervenors. See Attachment A.

**SO ORDERED**.

Signed: April 29, 2015

David C. Keesler
United States Magistrate Judge

# ATTACHMENT A

This attorney will be representing the following parties:

The Reporters Committee for Freedom of the Press

The Associated Press

Bloomberg L.P.

The Charlotte Observer Publishing Company

Dow Jones & Company, Inc.

First Look Media, Inc.

National Public Radio, Inc.

The New York Times Company

WP Company LLC (d/b/a The Washington Post)