**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CR-047-DCK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID HOWELL PETRAEUS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns and the status of pending motions. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of the status of this case is appropriate.

The "Motion Of The Reporters Committee For Freedom Of The Press, The Associated Press, Bloomberg L.P., The Charlotte Observer Publishing Company, Dow Jones & Company, Inc., First Look Media, Inc., National Public Radio, Inc., The New York Times Company, And The Washington Post To Intervene And Unseal" (Document No. 21) was filed on April 27, 2015, and the "Further Motion Of The News Media Intervenors To Unseal Statement Of Reasons (ECF No. 25)" (Document No. 27) was filed on May 4, 2015. "Defendant's Response To Motion To Intervene And Unseal" (Document No. 26) was timely filed on May 4, 2015; however, the Government, to date, has failed to respond to the "Motion . . . To Intervene And Unseal" (Document No. 21).

Having carefully considered the pending motions and the record, the undersigned finds that the Court will likely benefit from the Government's responses to the pending motions.

**IT IS, THEREFORE, ORDERED** that the Government shall file a response to the "Motion Of The Reporters Committee For Freedom Of The Press, The Associated Press, Bloomberg L.P., The Charlotte Observer Publishing Company, Dow Jones & Company, Inc., First Look Media, Inc., National Public Radio, Inc., The New York Times Company, And The Washington Post To Intervene And Unseal" (Document No. 21) on or before **May 18, 2015**.

**IT IS FURTHER ORDERED** that the Government and Defendant shall file responses to the "Further Motion Of The News Media Intervenors To Unseal Statement Of Reasons (ECF No. 25)" (Document No. 27) on or before **May 14, 2015**.

**SO ORDERED**.

Signed: May 11, 2015

David C. Keesler
United States Magistrate Judge